B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Christian Store Outlets, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>d/b/a Sweet Truths Candy Co. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):　EIN: 68-0630067;36-4325159 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>24555 Ottawa St.<br>Plainfield, IL　ZIPCODE 60544 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):　ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  Retail

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Christian Store Outlets, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

**B1 (Official Form 1) (1/08)**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Christian Store Outlets, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　　Signature of Debtor

X _____
　　Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
　　Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐　I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by § 1515 of title 11 are attached.

☐　Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  /s/ Edgar P. Petti
_____
Signature of Attorney for Debtor(s)

EDGAR P. PETTI 2192764
_____
Printed Name of Attorney for Debtor(s)

Petti Murphy & Associates
_____
Firm Name

State Bank of Geneva Prof. Center
_____
Address

22 South Fourth St., Ste. B Geneva, IL 60134
_____

630.232.9303   epetti@pettimurphylaw.com
_____
Telephone Number            e-mail

11/25/08
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Christa Nickles
_____
Signature of Authorized Individual

CHRISTA NICKLES
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

11/25/08
_____
Date

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

**B6A (Official Form 6A) (12/07)**

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy          Case No. _____
        Co.          **Debtor**                                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 31210 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07)

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy    Case No. _____
Co.   **Debtor**   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking Account #986890168 National City 24821 W. 135th St. Plainfield, IL 60544 | | 194.92 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-4-722  -  31210 - Acrobat PDFWriter

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy        Case No. _____
Co.        **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy        Case No. _____
        Co.          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____ 0 _____  continuation sheets attached     Total | | $         194.92 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

B6C (Official Form 6C) (12/07)

In re   <u>Christian Store Outlets, Inc. d/b/a Sweet Truths Candy</u>        Case No. _____

        Co.        **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds
    $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-4-722 - 31210 - Acrobat PDFWriter

B6D (Official Form 6D) (12/07)

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy
Co. _____ ,       Case No. _____
        **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_0_____ continuation sheets attached

|  | Subtotal ➤ (Total of this page) | $ 0.00 | $ 0.00 |
|---|---|---|---|
|  | Total ➤ (Use only on last page) | $ 0.00 | $ 0.00 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 31210 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07)

In re __Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.__    Case No._____
             Debtor    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

**B6E (Official Form 6E) (12/07) - Cont.**

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co. _____,        Case No._____
                                    Debtor                                                  (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3
_____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.            Case No. _____

                         **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4423934<br><br>Illinois Dept. of Employment Security<br>Bankruptcy Unit<br>401 S. State St. 3rd Flr.<br>Chicago, IL 60605 | | X | Incurred: 1/2008<br>Consideration: 2008<br>Unemployment Tax | | | | 7,349.00 | 7,349.00 | 0.00 |
| ACCOUNT NO.  4423934<br><br>Illinois Dept. of Employment Security<br>Bankruptcy Unit<br>401 S. State St. 3rd Flr.<br>Chicago, IL 60605 | | X | Incurred: 1/2007<br>Consideration: 2007<br>Unemployment Tax | | | | 3,109.00 | 3,109.00 | 0.00 |
| ACCOUNT NO.  68-0630067<br><br>Illinois Dept. of Revenue<br>Bankruptcy Section<br>100 W. Randolph St. Level 7-425<br>Chicago, IL 60601 | | X | Incurred: 4/2007<br>Consideration: 2007<br>IL Income<br>Withholding Tax | | | | 8,554.00 | 8,554.00 | 0.00 |
| ACCOUNT NO.  68-0630067<br><br>Illinois Dept. of Revenue<br>Bankruptcy Section<br>100 W. Randolph St. Level 7-425<br>Chicago, IL 60601 | | X | Incurred: 1/2008<br>Consideration: 2008<br>IL Income<br>Withholding Tax | | | | 3,610.00 | 3,610.00 | 0.00 |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal ▶<br>(Totals of this page) | $ 22,622.00 | $ 22,622.00 | $ 0.00 |
|---|---|---|---|---|
|  | Total ▶<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
|  | Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07) - Cont.

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy, Co.        Case No. _____
                              **Debtor**                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)      Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  37547062  <br> Illinois Dept. of Revenue <br> Bankruptcy Section <br> 100 W. Randolph St. Level 7-425 <br> Chicago, IL 60601 | | X | Incurred: 7/2007 <br> Consideration: 2007 <br> Sales and Use Tax | | | | 53,013.00 | 53,013.00 | 0.00 |
| ACCOUNT NO.  37547062 <br> Illinois Dept. of Revenue <br> Bankruptcy Section <br> 100 W. Randolph St. Level 7-425 <br> Chicago, IL 60601 | | X | Incurred: 1/2008 <br> Consideration: 2008 <br> Sales and Use Tax | | | | 34,002.00 | 34,002.00 | 0.00 |
| ACCOUNT NO.  68-0630067 <br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | X | Incurred: 1/2007 <br> Consideration: 941 <br> Taxes for 2007 | | | | 68,541.00 | 68,541.00 | 0.00 |
| ACCOUNT NO.  68-0630067 <br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | X | Incurred: 1/2008 <br> Consideration: 941 <br> Taxes for 2008 | | | | 49,754.00 | 49,754.00 | 0.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ► <br> (Totals of this page) | $ 205,310.00 | $ 205,310.00 | $ 0.00 |
| Total ► <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ► <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07) - Cont.

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.    Case No. _____
                                                                                    (If known)
              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 68-0630067 <br><br> Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | X | Incurred: 12/2007 Consideration: 940 FUTA Tax for 2007 | | | | 1,264.21 | 1,264.21 | 0.00 |
| ACCOUNT NO. 68-0630067 <br><br> Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | X | Incurred: 9/2008 Consideration: 940 FUTA Tax for 2008 | | | | 1,649.34 | 1,649.34 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page)    $   2,913.55   $          $

Total    $   230,845.55
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals    $          $   230,845.55   $          0.00
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07)**

In re __Christian Store Outlets, Inc. d/b/a Sweet Truths Candy__   Case No. _____
Co.   **Debtor**   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  50589560<br><br>Alliant Law Group<br>2860 Zanker Rd. Ste. 105<br>San Jose, CA 95134 | | | Incurred: 9/2008<br>Consideration: Assignee for various creditors<br>Collecting for AT&T #6309167567075 | | | | Notice Only |
| ACCOUNT NO.  50586848<br><br>Alliant Law Group<br>2860 Zanker Rd. Ste. 105<br>San Jose, CA 95134 | | | Incurred: 9/2008<br>Consideration: Assignee for various creditors<br>Collecting for AT&T #7086790752608 | | | | Notice Only |
| ACCOUNT NO.  01213842675<br><br>American Family Insurance Group<br>Madison, WI 53777 | | | Incurred: 9/2008<br>Consideration: Workers Comp. Insurance Premium | | | | 799.16 |
| ACCOUNT NO.  01311189612<br><br>American Family Insurance Group<br>Madison, WI 53777 | | | Incurred: 9/2008<br>Consideration: Business Owners Policy Premium | | | | 754.98 |

_____11_____continuation sheets attached

Subtotal ➤ | $ | 1,554.14

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,   Case No. _____
Co.                        **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2199231397786<br><br>AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | | Incurred: 9/2007<br>Consideration: Business Phone Service | | | | 185.04 |
| ACCOUNT NO. 6309167567075<br><br>AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | | Incurred: 6/2008<br>Consideration: Business Phone Service | | | | 282.37 |
| ACCOUNT NO. 7086790752608<br><br>AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | | Incurred: 6/2008<br>Consideration: Business Phone Service | | | | 256.22 |
| ACCOUNT NO. 77362285331554<br><br>AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | | Incurred: 10/2008<br>Consideration: Business Phone Service | | | | 307.12 |
| ACCOUNT NO. 63077190510579<br><br>AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | | Incurred: 8/2008<br>Consideration: Business Phone Service | | | | 630.81 |

Sheet no. __1__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,661.56

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re    Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,    Case No. _____
Co.                        **Debtor**                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 77328481284210 <br><br> AT&T <br> P.O. Box 8100 <br> Aurora, IL 60507 | | | Incurred: 5/2008 <br> Consideration: Business Phone Service | | | | 176.75 |
| ACCOUNT NO. 2000080375 <br><br> B&H Publishing Group <br> P.O. Box 134 <br> Nashville, TN 37234 | | | Incurred: 7/2007 <br> Consideration: Trade debt | | | | 8,270.15 |
| ACCOUNT NO. C-110 <br><br> Bonnie Management Corp. <br> 1000 Lake St. Ste. 200 <br> Oak Park, IL 60301 | X | | Incurred: 1/2008 <br> Consideration: Unpaid rent for Bricktown Shopping Center License Agreement | | | | 9,000.00 |
| ACCOUNT NO. 4115071801377511 <br><br> Capital One <br> P.O. Box 30285 <br> Salt Lake City, UT 84130 | X | | Incurred: 4/2007 <br> Consideration: Business credit card debt | | | | 1,856.37 |
| ACCOUNT NO. 4246315119868428 <br><br> Chase <br> P.O. Box 15298 <br> Wilmington, DE 19850 | X | | Incurred: 11/2006 <br> Consideration: Business credit card debt | | | | 9,529.02 |

Sheet no. __2__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    28,832.29

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 31210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re    Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,    Case No. _____
Co.
                        **Debtor**                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4246315134508892<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | X | | Incurred: 9/2006<br>Consideration: Business credit card debt | | | | 5,184.64 |
| ACCOUNT NO.  none<br><br>Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60554 | | | Incurred: 7/2008<br>Consideration: Shareholder Loan | | | | 14,000.00 |
| ACCOUNT NO.  0623611058<br><br>ComEd<br>Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680 | | | Incurred: 8/2008<br>Consideration: Business Utilities | | | | 4.60 |
| ACCOUNT NO.  7939034060<br><br>ComEd<br>Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680 | | | Incurred: 6/2008<br>Consideration: Business Utilities | | | | 48.14 |
| ACCOUNT NO.  0787313035<br><br>ComEd<br>Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680 | | | Incurred: 6/2008<br>Consideration: Business Utilities | | | | 319.23 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  - 31210 - Acrobat PDFWriter

Sheet no. __3__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    19,556.61

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,          Case No. _____
Co.                         Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6904016017<br><br>ComEd<br>Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680 | | | Incurred: 7/2008<br>Consideration: Business Utilities | | | | 1,006.60 |
| ACCOUNT NO. 9880495080<br><br>ComEd<br>Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680 | | | Incurred: 7/2008<br>Consideration: Business Utilities | | | | 1,453.08 |
| ACCOUNT NO. 4315592033<br><br>ComEd<br>Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680 | | | Incurred: 8/2008<br>Consideration: Business Utilities | | | | 2,121.44 |
| ACCOUNT NO. 08 ARK 556<br><br>Dan Development Ltd.<br>10 E. 22nd. St. Ste. 116<br>Lombard, IL 60148 | X | | Incurred: 9/2005<br>Consideration: Utilities | | | | 16,799.74 |
| ACCOUNT NO. 8300033795<br><br>FedEx Kinko's<br>P.O. Box 262682<br>Plano, TX 75026 | | | Incurred: 4/2008<br>Consideration: Messinger service | | | | 864.78 |

Sheet no. 4 of 11 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   22,245.64

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,
Co. **Debtor**                    Case No. _____
                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3295980<br><br>Freightquote.com<br>16025 W. 113th St.<br>Lenexa, KS 66219 | | | Incurred: 6/2008<br>Consideration: Messinger service | | | | 478.80 |
| ACCOUNT NO. Space 18<br><br>Galileo Matteson LLC<br>c/o Centro Properties Group<br>40 Skokie Blvd. Ste. 600<br>Northbrook, IL 60062 | X | | Incurred: 2/2008<br>Consideration: Unpaid rent for Matteson Shopping Center Temporary License Agreement | | | | 18,000.00 |
| ACCOUNT NO. none<br><br>Harvest Christian Bookstore<br>10328 S. Western Ave.<br>Chicago, IL 60643 | | | Incurred: 2005<br>Consideration: Trade debt | | | | 150,000.00 |
| ACCOUNT NO. 08-19392-1<br><br>Jeffery Albert<br>Attorney at Law<br>205 W. Randolph St. Ste. 920<br>Chicago, IL 60606 | X | | Incurred: 8/2008<br>Consideration: Assignee for various creditors<br>Collecting for Pheasant Hill North LLC and B & B Property Management | | | | Notice Only |
| ACCOUNT NO. land-christor<br><br>Joseph Freed & Assoc LLC<br>33 S. State St. Ste. 400<br>Chicago, IL 60603 | | | Incurred: 9/2008<br>Consideration: Assignee for various creditors<br>Collecting for KFS Landings LLC | | | | Notice Only |

Sheet no. 5 of 11 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  168,478.80

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter*

B6F (Official Form 6F) (12/07) - Cont.

In re    Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,    Case No. _____
Co.                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  land-christor<br><br>KFS Landings LLC<br>Dept. 8060<br>P.O. Box 87618<br>Chicago, IL 60680 | | | Incurred: 9/2008<br>Consideration: Business Utilities | | | | 12.08 |
| ACCOUNT NO.  29155<br><br>Leon Korol Co.<br>2050 E. Devon Ave.<br>Elk Grove Village, IL 60007 | | | Incurred: 2/2008<br>Consideration: Trade debt | | | | 958.40 |
| ACCOUNT NO.  18885<br><br>Marketing Resource, Inc.<br>230 Fifth Ave. Ste. 1510<br>New York, NY 10001 | | | Incurred: 4/2008<br>Consideration: Trade debt | | | | 10,295.29 |
| ACCOUNT NO.  10087580<br><br>Moody Bible Institute<br>820 N. LaSalle Blvd.<br>Chicago, IL 60610 | | | Incurred: 3/2008<br>Consideration: Trade debt | | | | 7.60 |
| ACCOUNT NO. 32992835<br><br>NCO Financial Systems<br>PO Box 17196<br>Baltimore, MD 21297 | | | Incurred: 9/2008<br>Consideration: Assignee for various creditors<br>Collecting for Nicor Gas #7282318452 & #4432817076 | | | | Notice Only |

Sheet no.  6  of  11  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 11,273.37

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 31210 - Acrobat PDFWriter*

B6F (Official Form 6F) (12/07) - Cont.

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,
Co.              **Debtor**

Case No. _____
                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  72823184527<br><br>Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507 | | | Incurred: 6/2008<br>Consideration: Business Utilities | | | | 1,944.99 |
| ACCOUNT NO.  12754336696<br><br>Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507 | | | Incurred: 7/2008<br>Consideration: Business Utilities | | | | 2,267.85 |
| ACCOUNT NO.  44328170764<br><br>Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507 | | | Incurred: 8/2008<br>Consideration: Business Utilities | | | | 7,291.20 |
| ACCOUNT NO.  7282318452<br><br>Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507 | | | Incurred: 8/2008<br>Consideration: Business Utilities | | | | 1,228.16 |
| ACCOUNT NO.  690346009<br><br>NIPSCO<br>801 E. 86th Ave.<br>Merrillville, IN 46410 | | | Incurred: 7/2008<br>Consideration: Business Utilities | | | | 433.36 |

Sheet no.  7  of  11  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   13,165.56

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  - 31210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,
Co. _____     Case No. _____
                  **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  239 Bolingbrook<br><br>Pheasant Hill North LLC<br>c/o B & B Property Management<br>747 E. Boughton Rd. Ste. 116<br>Bolingbrook, IL 60440 | X | | Incurred: 4/2008<br>Consideration: Unpaid rent for Store Lease | | | | 22,500.00 |
| ACCOUNT NO.  500CHSO<br><br>Quadriga Art, Inc.<br>30 E. 33rd St.<br>New York, NY 10016 | | | Incurred: 3/2008<br>Consideration: Trade debt | | | | 983.70 |
| ACCOUNT NO.  68155<br><br>RGIS Inventory Specialists<br>2000 East Taylor Rd.<br>Auburn Hills, Michigan 48326 | | | Incurred: 2/2008<br>Consideration: Inventory service | | | | 4,089.12 |
| ACCOUNT NO.  20078011099527<br><br>RMS<br>PO Box 509<br>Richfield, OH 44286 | | | Incurred: 10/2008<br>Consideration: Assignee for various creditors<br>Collecting for Waste Management | | | | Notice Only |
| ACCOUNT NO.  7714100023816200<br><br>Sam's Club<br>Member Service<br>608 Southwest 8th St.<br>Bentonville, AR 72716 | X | | Incurred: 3/2008<br>Consideration: Business credit card debt | | | | 1,185.62 |

Sheet no. __8__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  28,758.44

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  - 31210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,    Case No. _____
Co.            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  08 ARK 556<br><br>Steven D. Titiner<br>Attorney at Law<br>1700 N. Farnsworth Ave. Ste. 11<br>Aurora, IL 60505 | X | | Incurred: 9/2005<br>Consideration: Assignee for various creditors<br>Collecting for Dan DevelopmentLtd. | | | | Notice Only |
| ACCOUNT NO.  D4360<br><br>Strang Communications<br>600 Rinehart Rd.<br>Lake Mary, FL 32746 | X | | Incurred: 11/2007<br>Consideration: Trade debt | | | | 6,722.21 |
| ACCOUNT NO.  512132047<br><br>Thomas Nelson Publishers<br>501 Nelson Pl.<br>Nashville, TN 37214 | | | Incurred: 5/2008<br>Consideration: Trade debt | | | | 11,739.57 |
| ACCOUNT NO.  532427<br><br>Tyndale House Publishers<br>P.O. Box 80<br>Wheaton, IL 60189 | | | Incurred: 3/2008<br>Consideration: Trade debt | | | | 103.56 |
| ACCOUNT NO. 690346009<br><br>UCB, Inc.<br>5620 Southwyck Blvd. Ste. 206<br>Toledo, OH 43614 | | | Incurred: 9/2008<br>Consideration: Assignee for various creditors<br>Collecting for NIPSCO | | | | Notice Only |

Sheet no.  9   of  11   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   18,565.34

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 31210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,
Co.                    **Debtor**

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  150819382720095<br><br>Waste Management<br>1411 Opus Pl. Ste. 400<br>Downers Grove, IL 60515 | | | Incurred: 9/2008<br>Consideration: Trash service | | | | 521.50 |
| ACCOUNT NO.  151819104320091<br><br>Waste Management<br>1411 Opus Pl. Ste. 400<br>Downers Grove, IL 60515 | | | Incurred: 10/2008<br>Consideration: Trash service | | | | 369.34 |
| ACCOUNT NO.  150822189020099<br><br>Waste Management<br>1411 Opus Pl. Ste. 400<br>Downers Grove, IL 60515 | | | Incurred: 7/2008<br>Consideration: Trash service | | | | 106.84 |
| ACCOUNT NO.  055004389520554<br><br>Waste Management<br>1411 Opus Pl. Ste. 400<br>Downers Grove, IL 60515 | | | Incurred: 7/2008<br>Consideration: Trash service | | | | 86.69 |
| ACCOUNT NO.  150822395620096<br><br>Waste Management<br>1411 Opus Pl. Ste. 400<br>Downers Grove, IL 60515 | | | Incurred: 7/2008<br>Consideration: Trash service | | | | 183.32 |

Sheet no.  10  of  11  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,267.69

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy,  Case No. _____
Co.          **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  101007924920114 <br><br> Waste Management <br> 1411 Opus Pl. Ste. 400 <br> Downers Grove, IL 60515 | | | Incurred: 4/2008 <br> Consideration: Business Utilities | | | | 50.53 |
| ACCOUNT NO.  334018900WM <br><br> Waste Management <br> 1411 Opus Pl. Ste. 400 <br> Downers Grove, IL 60515 | | | Incurred: 6/2008 <br> Consideration: Business Utilities | | | | 267.17 |
| ACCOUNT NO.  163786053 <br><br> West Asset Management <br> 7171 Mercy Rd. <br> Omaha, NE 68106 | | | Incurred: 9/2008 <br> Consideration: Assignee for various creditors <br> Collecting for AT&T #2199231397786 | | | | Notice Only |
| ACCOUNT NO.  209574 <br><br> Word Entertainment <br> P.O. Box 100397 <br> Atlanta, GA 30384 | | | Incurred: 1/2008 <br> Consideration: Trade debt | | | | 0.20 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __11__ of __11__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  317.90

Total ➤ | $  315,677.34

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722 - 31210 - Acrobat PDFWriter

**B6G (Official Form 6G) (12/07)**

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.     Case No. _____
_____      _____
                     **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bonnie Management Corporation<br>1000 Lake St. Ste. 200<br>Oak Park, IL 60301 | Debtor is Licensee of a written License Agreement for a portion of the space located at Bricktown Shopping Center known as Unit C-110, beginning 1/1/08 and terminating 12/31/08<br><br>Lease on nonresidential real property |
| Galileo Matteson LLC<br>c/o Centro Properties Group<br>40 Skokie Blvd. Ste. 600<br>Northbrook, IL 60062 | Debtor is Licensee of a written Temporary License Agreement for a portion of the space located at Matteson Shopping Center, beginning  2/15/08 and terminating 2/14/09<br><br>Lease on nonresidential real property |
| Pheasant Hill North LLC<br>747 E. Boughton Rd. Ste. 116<br>Bolingbrook, IL 60440 | Debtor is Lessee of a written Store Lease for the space located at 239 S. Bolingbrook Dr., Bolingbrook, IL 60440 beginning 4/1/08 and terminating 3/31/09<br><br>Lease on nonresidential real property |
| | |
| | |
| | |
| | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

B6H (Official Form 6H) (12/07)

In re  Christian Store Outlets, Inc. d/b/a Sweet Truths Candy      Case No. _____
Co.              **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Christa Nickles<br>24555 Orrawa St.<br>Plainfield, IL 60544 | Sam's Club<br>Member Service<br>608 Southwest 8th St.<br>Bentonville, AR 72716 |
| Christa Nickles<br>24555 Orrawa St.<br>Plainfield, IL 60544 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130 |
| Christa Nickles<br>24555 Orrawa St.<br>Plainfield, IL 60544 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Christa Nickles<br>24555 Orrawa St.<br>Plainfield, IL 60544 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Darrell Nickles<br>24555 Orrawa St.<br>Plainfield, IL 60544 | Strang Communications<br>600 Rinehart Rd.<br>Lake Mary, FL 32746 |
| Darrell & Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60544 | Bonnie Management Corp.<br>1000 Lake St. Ste. 200<br>Oak Park, IL 60301 |
| Darrell & Christa Nickles<br>24555 Ottawa Sy.<br>PLainfield, IL 60544 | Galileo Matteson LLC<br>c/o Centro Properties Group<br>40 Skokie Blvd. Ste. 600<br>Northbrook, IL 60062 |
| Darrell & Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60544 | Pheasant Hill North LLC<br>747 E. Boughton Rd. Ste. 116<br>Bolingbrook, IL 60440 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

B6H (Official Form) (12/07) -- Cont.

In re Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.          Case No. _____
                                        **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Darrell  & Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60544 | Jeffery Albert<br>Attorney at Law<br>205 W. Randolph St. Ste. 920<br>Chicago, IL 60606 |
| Darrell  & Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60544 | Dan Development Ltd.<br>10 E. 22nd. St. Ste. 116<br>Lombard, IL 60148 |
| Darrell  & Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60544 | Steven D. Titiner<br>Attorney at Law<br>1700 N. Farnsworth Ave. Ste. 11<br>Aurora, IL 60505 |
| Darrell  & Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60544 | Illinois Dept. of Employment Security<br>Bankruptcy Unit<br>401 S. State St. 3rd Flr.<br>Chicago, IL 60605 |
| Darrell  & Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60544 | Illinois Dept. of Revenue<br>Bankruptcy Section<br>100 W. Randolph St. Level 7-425<br>Chicago, IL 60601 |
| Darrell  & Christa Nickles<br>24555 Ottawa St.<br>Plainfield, IL 60544 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois, Eastern Division

Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.

In re _____

Debtor

Case No. _____

Chapter ____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    0.00 | | |
| B – Personal Property | YES | 3 | $    194.92 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $    0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $    230,845.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $    315,677.34 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $    0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $    0.00 |
| TOTAL | | 26 | $    194.92 | $    546,522.89 | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

# United States Bankruptcy Court

### Northern District of Illinois, Eastern Division

In re    Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.      Case No. _____

         Debtor

                                              Chapter     7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

B6 (Official Form 6 - Declaration) (12/07)

Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.

In re _____     Case No. _____
            **Debtor**                                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                           Debtor:

Date _____     Signature: _____
                                                (Joint Debtor, if any)

                                             [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,                     Social Security No.
of Bankruptcy Petition Preparer                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____     _____
     Signature of Bankruptcy Petition Preparer                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the   President   _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Christian Store Outlets, Inc.  _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  28  sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ____11/25/08_____     Signature: ____/s/ Christa Nickles_____

                                                        CHRISTA NICKLES
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 31210 - Acrobat PDFWriter

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

In Re  Christian Store Outlets, Inc. d/b/a Sweet Truths                                    Case No. _____
Candy Co.                                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

    **1. Income from employment or operation of business**

None

☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|   | AMOUNT | SOURCE |
|---|---|---|
| 2008 | 764,407.00 | Gross Sales |
| 2007 | 1,172,116.00 | Gross Sales |
| 2006 | 809,311.00 | Gross Sales |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

2. **Income other than from employment or operation of business**

None

☒

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT                                            SOURCE

---

3. **Payments to creditors**

None

☒

      *Complete a. or b., as appropriate, and c.*

      *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☐

      *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Bonnie Management Corp.<br>1000 Lake St. Ste. 200<br>Oak Park, IL 60301 | 8/22/08, 9/18/08 | 10,000.00 | 9,000.00 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>Level 7-425<br>100 W Randolph St.<br>Chicago, IL 60601 | 9/22/08, 10/2/08, 10/22/08,<br>11/19/08, 1129,556.25 | 29,556.25 | 99,179.00 |
| Stephen G. Mazur<br>GA Wright, Inc.<br>PO Box 17188<br>Denver, CO 80217 | 8/22/08, 8/28/08, 9/4/08,<br>9/11/08, 9/19/12,500.00 | 12,500.00 | 0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Hinsdale Bank & Trust<br>25 East First St.<br>Hinsdale, IL 60521 | 9/26/08 | 7,294.00 | 0.00 |

_____

None

☒          *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

_____

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐          a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Dan Development Ltd. as agent for Northgate Plaza LLC vs. Christa Nickles Case No. 08 ARK 556 | Arbitration | Kane County Circuit Court Geneva, IL | Pending |
| Pheasant Hill North, LLC vs. Christian Store Outlets, Inc. and Darrell Nickles Case No. 2008-M1-185049 | Collections | Cook County Circuit Court Chicago, IL | Pending |

None  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒     one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
      chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is
      filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed
☒        in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
         case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
         or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒     the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
      assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒     year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
      must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722  -  31210 - Acrobat PDFWriter

**7.   Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒    case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient.    (Married debtors filing under
chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐    attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition
in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Edgar P. Petti<br>Petti Murphy & Associates<br>State Bank of Geneva Professional Center<br>22 South Fourth Street, Suite B,<br>Geneva, IL 60134 | 10/2008 | 2,500.00 for bankruptcy legal services |
| Edgar P. Petti<br>Petti Murphy & Associates<br>State Bank of Geneva Professional Center<br>22 South Fourth Street, Suite B,<br>Geneva, IL 60134 | 10/2008 | 299.00 for bankruptcy filing fee |

**10. Other transfers**

None
☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Harvest Christian Bookstore<br>10328 South Western Ave.<br>Chicago, IL 60643<br> Relationship: None | 9/26/08 | 2005 GMC Savannah Cargo Van<br>107,000 miles<br>$7,500.00 |

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase Bank<br>15115 Plainfield St.<br>Plainfield, IL 60544 | Business Checking Account #709055784<br> Closing Balance: 0.00 | 0.00<br>7/2008 |
| Chase Bank<br>15115 Plainfield St.<br>Plainfield, IL 60544 | Business Checking Account #709055792<br> Closing Balance: 0.00 | 0.00<br>7/2008 |
| MB Financial Bank<br>455 S. Weber Rd.<br>Bolingbrook, IL 60490 | Business Checking Account #109457400<br> Closing Balance: 0.00 | 0.00<br>11/2008 |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase Bank 15115 Plainfield St. Plainfield, IL 60544 | Business Checking Account #655777134   Closing Balance: 0.00 | 0.00 11/2008 |
| Chase Bank 15115 Plainfield St. Plainfield, IL 60544 | Business Checking Account #709055776   Closing Balance: 0.00 | 0.00 11/2008 |
| Chase Bank 15115 Plainfield St. Plainfield, IL 60544 | Business Savings Account #720211685   Closing Balance: 0.00 | 0.00 11/2008 |

**12. Safe deposit boxes**

None ☒       List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒       List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒       List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None

☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 48 Countryside Plaza<br>Countryside, IL  60525 | Christian Store Outlet | 10/2004 - 6/2006 |
| 4226 W. Lincoln Highway<br>Matteson, IL 60443 | Christian Store Outlet | 5/2005 - 1/2008 |
| 4227 W. Lincoln Highway<br>Matteson, IL 60443 | Chrisitan Store Outlet | 7/2008 - 6/2008 |
| 16711 Torrence Ave.<br>Lansing, IL 60438 | Christian Store Outlet | 8/2005 - 6/2008 |
| 850 N. Lake St.<br>Aurora, IL 60506 | Christian Store Outlet | 9/2005 - 1/2008 |
| 239 S. Bolingbrook Dr.<br>Bolingbrook, IL 60440 | Christian Store Outlet | 1/2008 - 6/2008 |
| 6560 Fullerton Ave.<br>Chicago, IL 60707 | Christian Store Outlet | 7/2006 - 9/2008 |
| 7083 Cermak Ave.<br>Berwyn, IL 60402 | Christian Store Outlet | 8/2006 - 4/2008 |
| 7601 S. Cicero Ave.<br>Chicago, IL 60652 | Chrisitan Store Outlet | 10/2006 - 1/2007 |
| 8117 S. Cicero Ave.<br>Chicago, IL 60652 | Christian Store Outlet | 1/2007 - 5/2007 |
| 523 E. Roosevelt Rd.<br>Lombard, IL 60148 | Christian Store Outlet | 9/2006 - 6/2008 |
| 226 W. Ridge Rd.<br>Griffin, IN 46319 | Christian Store Outlet | 8/2007 - 6/2008 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

**16.  Spouses and Former Spouses**

None


     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

      NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None


    a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

    b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

    c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None   a.       If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
☐       businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
        managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession,
        or other activity either full- or part-time within six years immediately preceding the commencement of this case, or
        in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
        preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Christian Store Outlets, Inc. | 68-0630067 | 24555 Ottawa St. Plainfield, IL 60544 | Retail | 1/2006 - 9/2008 |
| Sweet Truths Candy Co. | 36-4325159 | 24555 Ottawa St. Plainfield, IL 60544 | Retail | 10/1999 - 12/2006 |

   b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in
   11 U.S.C. § 101.

None
☒
   NAME                                                                      ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following:
an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in
business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who
has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None    a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐        bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Klover and Co.<br>613 W. Lockport St.<br>Plainfield, IL 60544 | 2006 - present |
| John Hojnar & Co.<br>455 S. Frontage Rd.<br>Burr Ridge, IL 60527 | 2007 - present |

None    b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒        have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐        of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Christa Nickles | 24555 Ottawa St.<br>Plainfield, IL 60544 |
| Klover & Co. | 613 W. Lockport St.<br>Plainfield, IL 60544 |
| John Hojnar & Co. | 455 S. Frontage Rd.<br>Burr Ridge, IL 60527 |

None    d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒        financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE<br>ISSUED |
|---|---|

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722  -  31210 - Acrobat PDFWriter

**20. Inventories**

None☐  a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| 1/2006 | RGIS Inventory Services | 196,490.45 (cost) |
| 1/2007 | RGIS Inventory Services | 280,598.90 (cost) |

None☐  b.     List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| 1/2006 | Christa Nickles 24555 Ottawa St. Plainfield, IL 60544 |
| 1/2007 | Christa Nickles 24555 Ottawa St. Plainfield, IL 60544 |

**21. Current Partners, Officers, Directors and Shareholders**

None☒  a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None☐  b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Christa Nickles 24555 Ottawa St. Plainfield, IL 60544 | President | 25% common shares |
| Darrell Nickles 24555 Ottawa St. Plainfield, IL 60544 | Secretary | 25% common shares |
| Norman Jacobs 10418 Amber Rd. Orland Park, IL 60467 | Treasurer | 50% common shares |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

**22.  Former partners, officers, directors and shareholders**

None    a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒       immediately preceding the commencement of this case.

|  NAME  |  ADDRESS  |  DATE OF WITHDRAWAL  |
|--------|-----------|----------------------|

None    b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒       within one year immediately preceding the commencement of this case.

|  NAME AND ADDRESS  |  TITLE  |  DATE OF TERMINATION  |
|--------------------|---------|------------------------|

**23.  Withdrawals from a partnership or distribution by a corporation**

None            If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

**24.  Tax Consolidation Group**

None            If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation
☒       of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
        period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25.  Pension Funds**

None            If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒       which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
        immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

*    *    *    *    *    *

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    11/25/08 _____    Signature    /s/ Christa Nickles _____

CHRISTA NICKLES,
President
_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 31210 - Acrobat PDFWriter

B21 (Official Form 21)  (12/07)

### STATEMENT OF SOCIAL SECURITY NUMBER(S) OR
### INDIVIDUAL TAXPAYER IDENTIFICATION NUMBER (ITIN)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re___Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.

    d/b/a Sweet Truths Candy Co.          )

                                     )

                                     )

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*    )

                         Debtor   )    Case No. _____

Address  24555 Ottawa St._____   )

                                   )

       Plainfield, IL 60544_____   )    Chapter ___7_____

                                   )

Last four digits of Social Security or Individual Taxpayer   )
Indentification (ITIN) No(s)., (if any):_____   )

_____   )

Employer Tax Identification (EIN) No(s). (if any)_____   )
  68-0630067_____   )

### STATEMENT OF SOCIAL SECURITY NUMBER(S)
*(or other Individual Taxpayer Identification Number(s) (ITIN(s)))*

1. Name of Debtor (Last, First, Middle):___Christian Store Outlets, Inc._____
*(Check the appropriate box and, if applicable, provide the required information.)*

    ☐   Debtor has a Social Security Number and it is :_____
               *(If more than one, state all.)*

    ☑   Debtor does not have a Social Security Number but has an Individual Taxpayer Identification
           Number (ITIN),  and it is :_____
               *(If more than one, state all.)*

    ☐   Debtor does not have either a Social Security Number or an Individual Taxpayer Identification
           Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle):_____
*(Check the appropriate box and, if applicable, provide the required information.)*

    ☐   Joint Debtor has a Social Security Number and it is :_____
               *(If more than one, state all.)*

    ☐   Joint Debtor does not have a Social Security Number but has an Individual Taxpayer Identification
           Number (ITIN),  and it is :_____
               *(If more than one, state all.)*

    ☐   Joint Debtor does not have either a Social Security Number or an Individual Taxpayer Identification
           Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X  /s/ Christian Store Outlets, Inc._____   11/25/08_____
       Signature of Debtor                        Date

X  _____
       Signature of Joint Debtor               Date

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:  Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152*

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.4-722  -  31210 - Acrobat PDFWriter

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   Christian Store Outlets, Inc. d/b/a Sweet Truths Candy Co.

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................................................ $ ___2,500.00___

Prior to the filing of this statement I have received ........…………….................. $ ___2,500.00___

Balance Due .............................................…………………………................... $ _____0.00_____

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

IF REPRESENTATION IN ADVERSARY PROCEEDINGS OR OTHER CONTESTED BANKRUPTCY MATTERS IS REQUIRED, AN ADDITIONAL RETAINER OF $1,000.00 WITH ADDITIONAL BILLINGS AT THE RATE OF $240.00 OFFICE TIME / $260.00 COURT TIME PER HOUR HAS BEEN AGREED WITH DEBTOR.  IF NOT TIMELY PAID, COUNSEL RESERVES THE RIGHT TO WITHDRAW.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___11/25/08_____          /s/ Edgar P. Petti_____
*Date*                                                  *Signature of Attorney*

Petti Murphy & Associates
*Name of law firm*

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722  -  31210 - Acrobat PDFWriter